# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137373(76)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 137373
                                     COA: 275911

JERMAINE CURTIS BRANNER,
      Defendant-Appellant.
                                     Oakland CC: 2006-209376-FH

_____/

On order of the Court, the motion for reconsideration of this Court's July 7, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, C.J., would grant reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in her dissenting opinion in *People v Branner*, 483 Mich 1120 (2009).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009                                           _____
                                                         Clerk

11019